UNITED STATES of America, Plaintiff–Appellee,

v.

**Edward Hugh OKUN, Defendant–Appellant.**

No. 16-6723

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 21, 2016

Edward Hugh Okun, Appellant Pro Se. Jessica D. Aber, Office of the United States Attorney, Richard Daniel Cooke, Michael Steven Dry, Gurney Wingate Grant, II, Robert P. McIntosh, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Hugh Okun appeals from the district court's garnishment disposition order directing JP Morgan Chase Bank, N.A., to pay the Government all funds held

by the bank for Okun. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Okun, No. 3:08–cr–00132–REP–1 (E.D. Va. May 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED